IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02510-RPM

CONTINENTAL MATERIALS CORPORATION,

      Plaintiff,

v.

VALCO, INC.,

      Defendant.

___

ORDER TO COMPLY WITH D.C. COLO.LCivR 7.2
___

The Court has signed a Protective Order for the confidentiality of certain information in this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings.  It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be restricted based on the Protective Order.

Dated:   February 17th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge