IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02510-RPM

CONTINENTAL MATERIALS CORPORATION,

     Plaintiff,

v.

VALCO, INC.,

     Defendant.

---

ORDER ACCEPTING FIRST AMENDED COMPLAINT AND FOR SUBMISSION OF "CLEAN" COPY

---

     Upon review of the Notice of Filing First Amended Complaint [Doc. 24], it is

     ORDERED that the First Amended Complaint is accepted for filing.  On or before September 18, 2015 Plaintiff's counsel shall submit a "clean" copy of the First Amended Complaint.

     Dated:   September 14th, 2015

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge