IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02510-RPM

CONTINENTAL MATERIALS CORPORATION,

        Plaintiff,

v.

VALCO, INC.,

        Defendant and Counterclaimant.

# ORDER GRANTING UNOPPOSED JOINT MOTION TO AMEND SCHEDULING ORDER

This matter is before the Court on the parties' Unopposed Joint Motion to Amend Scheduling Order [Doc. No. 31 filed October 2, 2015] (the "Motion").

It is hereby ORDERED that the Motion is GRANTED. The Scheduling Order entered on February 19, 2015 is amended to extend the following deadlines:

    a. Discovery Cut-off solely for Continental to take the deposition of Valco's expert: **January 30, 2016**;

    b. Section 7(d)(3): The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 14, 2015**.;

    c. Section 7(d)(4): The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P.

        26(a)(2) on or before **45 days from the date any expert disclosures are made pursuant to Section 7(d)(3)**.; and

d.     Section 7(d)(5):  Any rebuttal opinions will be exchanged on or before **30 days from the date any expert disclosures are made pursuant to Section 7(d)(4)**.

DATED: October 2nd, 2015.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge