IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02510-RPM

CONTINENTAL MATERIALS CORPORATION,

    Plaintiff,

v.

VALCO, INC.,

    Defendant and Counterclaimant.

**ORDER GRANTING UNOPPOSED JOINT MOTION TO AMEND SCHEDULING ORDER**

This matter is before the Court on the parties' Unopposed Joint Motion to Amend Scheduling Order [Doc. No. 39] filed October 30, 2015] (the "Motion").

It is hereby ORDERED that the Motion is GRANTED. The Scheduling Order entered on February 19, 2015 [Doc. No. 18] and the Court's Order Amended the Scheduling Order dated October 2, 2015 [Doc. No. 32] is amended to extend the following deadlines:

    a.    Discovery Cut-off solely for Continental to take the deposition of Valco's expert and Valco to take the depositions of Continental's rebuttal experts: **February 12, 2016**;

    b.    Dispositive Motion Deadline: **February 26, 2016**.

    c.    Section 7(d)(4):  Valco shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 22, 2015**.; and

    d.    Section 7(d)(5): Any rebuttal opinions will be exchanged on or before **30 days from the date any expert disclosures are made pursuant to Section 7(d)(4)**.

DATED: November 12th, 2015.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge