IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02510-RPM

CONTINENTAL MATERIALS CORPORATION,

    Plaintiff,

v.

VALCO, INC.,

    Defendant and Counterclaimant.

## ORDER GRANTING UNOPPOSED JOINT MOTION TO AMEND SCHEDULING ORDER

This matter is before the Court on the parties' Unopposed Joint Motion to Amend Scheduling Order [Doc. No. 42 filed December 16, 2015] (the "Motion").

It is hereby ORDERED that the Motion is GRANTED. The Scheduling Order entered on February 19, 2015 [Doc. No. 18] is amended to include the following in Section 4 – Undisputed Facts:

    a.    Independent Mining Consultant, Inc.'s and GSA Resources, Inc.'s volume calculations of sand and gravel deposits were performed using the proper methodology;

    b.    Independent Mining Consultant, Inc.'s and GSA Resources, Inc.'s volume calculations of sand and gravel deposits were correct when performed in 1996; and

    c.    Continental is not disputing the accuracy of Independent Mining Consultant, Inc.'s and GSA Resources, Inc.'s volume calculations.

The Court's Order Amending the Scheduling Order dated November, 2015 [Doc. No. 40] is amended to extend the following deadlines:

a. Discovery Cut-off for Continental to take the deposition of Valco's expert, James Wood and Thomas Brubaker and Valco to take the depositions of Continental's rebuttal experts, Ron Gidwitz, Mark Klune, and Mac Shafer: **February 12, 2016**;

b. Section 7(d)(4): Valco shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 8, 2016.**; and

c. Section 7(d)(5): Any rebuttal opinions will be exchanged on or before **30 days from the date any expert disclosures are made pursuant to Section 7(d)(4).**

DATED: December 17, 2015

BY THE COURT:

Richard P. Matsch, Senior Judge