IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02510-RPM

CONTINENTAL MATERIALS CORPORATION,

  Plaintiff,

v.

VALCO, INC.,

  Defendant.

## ORDER AMENDING SCHEDULING ORDER

  Upon review of the unopposed motion to amend the scheduling order [Doc. 44], it is

  ORDERED that the motion is granted as follows:

1.  All rebuttal opinions will be exchanged on or before March 4, 2016.

2.  All rebuttal experts will be deposed by March 11, 2016.

3.  Dispositive motion deadline is extended to March 25, 2016.

  Dated:   February 12th, 2016

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge