IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02510-RPM

CONTINENTAL MATERIALS CORPORATION,

        Plaintiff,

v.

VALCO, INC.,

        Defendant and Counterclaimant.

## ORDER GRANTING UNOPPOSED JOINT MOTION TO AMEND SCHEDULING ORDER

This matter is before the Court on the parties' Unopposed Joint Motion to Amend Scheduling Order (the "Motion").

It is hereby ORDERED that the Motion is GRANTED. The parties shall have until 60 days before any scheduled trial date to either conduct a further deposition of Mr. Eyde or file Motions on that topic.

DATED: March 14th, 2016.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior Judge