IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02510-RPM

CONTINENTAL MATERIALS CORPORATION,

       Plaintiff,

v.

VALCO, INC.,

       Defendant and Counterclaimant.

---

**ORDER GRANTING UNOPPOSED JOINT MOTION TO AMEND SCHEDULING
ORDER**

---

This matter is before the Court on the parties' Unopposed Joint Motion to Amend Scheduling Order [Doc. No. 50 filed March 24, 2016] (the "Motion").

It is hereby ORDERED that the Motion is GRANTED. The Scheduling Order entered on February 12, 2016 [Doc. No. 45] is amended to extend the following deadlines:

      a.     Dispositive motion deadline is extended to April 1, 2016.

DATED: March 25, 2016.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge