IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02510-RPM

CONTINENTAL MATERIALS CORPORATION,

      Plaintiff,

v.

VALCO, INC.,

      Defendant and Counterclaimant.

## ORDER GRANTING UNOPPOSED JOINT MOTION TO AMEND SCHEDULING ORDER

This matter is before the Court on the Parties' Unopposed Joint Motion to Amend Scheduling Order (the "Motion").

It is hereby ORDERED that the Motion is GRANTED. The deadline for responses to dispositive motions shall be extended to May 20, 2016. The deadline in which to file replies in support of dispositive motions shall be extended to 21 days after the filing of the last responses to motions for summary judgment. If the last day of the extended period is a Saturday, Sunday, or legal holiday, the period would continue to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

DATED: April 12th, 2016.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior Judge